JAMES LENNON, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Lennon* v. *N. Y. C. & H. R. R. R. Co.*, 137 App. Div. 927, affirmed.

(Argued June 6, 1911; decided June 16, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 18, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for alleged malicious prosecution.

*Alfred L. Becker* for appellant.

*Eugene M. Bartlett* and *E. W. McIntyre* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.